```
                   IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF DELAWARE


THE MEDICINES COMPANY              :    CIVIL ACTION
                                   :    NO. 09-750-ER
     Plaintiff,                    :
                                   :
     v.                            :
                                   :
TEVA PARENTERAL MEDICINES,         :
INC. et al.,                       :
                                   :
     Defendants.                   :

_____


THE MEDICINES COMPANY,             :    CIVIL ACTION
                                   :    NO. 09-751-ER
     Plaintiff,                    :
                                   :
     v.                            :
                                   :
PLIVA HRVATSKA, d.o.o. et al.,:
                                   :
     Defendants.                   :

_____


THE MEDICINES COMPANY              :    CIVIL ACTION
                                   :    NO. 09-752-ER
     Plaintiff,                    :
                                   :
     v.                            :
                                   :
APP PHARMACEUTICALS, LLC,          :
et al.,                            :
                                   :
     Defendants.                   :

_____
```

```
THE MEDICINES COMPANY         :    CIVIL ACTION
                              :    NO. 09-999-ER
     Plaintiff,               :
                              :
     v.                       :
                              :
TEVA PARENTERAL MEDICINES,    :
INC. et al.,                  :
                              :
     Defendants.              :
```
_____

```
THE MEDICINES COMPANY         :    CIVIL ACTION
                              :    NO. 09-1000-ER
     Plaintiff,               :
                              :
     v.                       :
                              :
PLIVA HRVATSKA, d.o.o. et al.,:
                              :
     Defendants.              :
```
_____

### O R D E R

**AND NOW**, this **23rd** day of **March 2010,** it is hereby **ORDERED** that Civil Action Numbers 09-751-ER (The Medicines Company v. Pliva Hrvatska d.o.o., et al.), 09-752-ER (The Medicines Company v. APP Pharmaceuticals, LLC, et al.), 09-999-ER (The Medicines Company v. Teva Parenteral Medicines, Inc., et al.), and 09-1000-ER (The Medicines Company v. Pliva Hrvatska d.o.o., et al.) are **CONSOLIDATED** with 09-750-ER (The Medicines Company v. Teva Parenteral Medicines, Inc., et al.) for pre-trial purposes.

It is further **ORDERED** that all filings submitted after March 23, 2010 are to be filed in this action.  It is further **ORDERED** that Civil Action Numbers 09-751-ER, 09-752-ER, 09-999-ER, and 09-1000-ER are **CLOSED** for statistical purposes.

It is further **ORDERED** that the caption in 09-750-ER shall be amended to include the parties in 09-751-ER, 09-752-ER, 09-999-ER, and 09-1000-ER that were not previously included in 09-750-ER.

Any motions pending in the closed actions as of March 23, 2010 are deemed pending in this action.  The Clerk's Office is directed to add all parties and counsel to this action's docket that were not previously included in 09-750-ER and to prepare mailing labels for same.

**AND IT IS SO ORDERED.**

S/EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO, J.**